UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-65 |
| VERSUS | SECTION : L (4) |
| ASHTON RYAN, JR., WILLIAM BURNELL, ROBERT CALLOWAY, FRANK ADOLPH and FRED BEEBE | VIOLATION: 18:1349; 18-1344(1); 18:1005 |

NOTICE OF ARRAIGNMENT and REARRAIGNMENT – Calloway ONLY

Take Notice that this criminal case has been set for ARRAIGNMENT and REARRAIGNMENT on TUESDAY, AUGUST 2, 2022, AT 10:00AM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

CAROL L. MICHEL, CLERK

Date: July 28, 2022

by: Dean Oser, Deputy Clerk

TO:
ASHTON RYAN, JR.,  -  Bond
Edward Castaing, Jr., Esq.
ecastaing@cclhlaw.com
Peter Castaing, Esq.
pcastaing@cclhlaw.com
Deborah Pearce, Esq.
federalappeals@cox.net

AUSA:  Jeffrey Ryan McLaren, Matthew Payne, Paige O'Hale, Nicholas Moses, Kevin Boitmann, and Rachal Cox Cassagne

U.S. Marshal

U.S. Probation Officer

WILLIAM BURNELL  -  Bond
Brian Capitelli, Esq.
brian@capitelliandwicker.com
Ralph Capitelli, Esq.
rc@capitelliandwicker.com
Tyffani Lauve, Esq.
tyffani@capitelliandwicker.com

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: NONE

ROBERT CALLOWAY  -  Bond
Michelle Stratton, Esq.
mstratton@skv.com
Dane Ball, Esq.
dball@skv.com
Garland Murphy, Esq.
lmurphy@skv.com
Richard Houghton, Esq.
rhoughton@skv.com

FBI - S.A. Krista Bradford
neworleans@ic.fbi.gov

**If you change address, notify clerk of court by phone, 504-589-7686**

FRANK ADOLPH  -  Bond

David Courcelle, Esq.
dcourcelle@courcellelaw.com
Scott Stansbury, Esq.
sstansbury@courcellelaw.com


FRED BEEBE   -   Bond
Sara Johnson
sara@sarajohnsonlaw.com
Ethan Balough, Esq.
eab@balcolaw.com