MINUTE ENTRY
FALLON, J.
AUGUST 2, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO.  20-65

ROBERT B. CALLOWAY                          SECTION:  L (4)

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Recorder: Alexis Vice

Appearances: AUSAS Matthew Payne, Nicholas Moses, Ryan McLaren
             and Rachal Cassagne for the government
             John Kinchen, Esq., Richard Houghton, Esq., and
             Dane Ball, Esq., (by phone) for the defendant

ARRAIGNMENT and REARRAIGNMENT AS TO ONE COUNT SUPERSEDING BILL
OF INFORMATION:
Defendant is present and was sworn.
**ARRAIGNMENT:**
Terms and conditions of the Superseding Bill of Information were
summarized and defendant pleaded not guilty to same.
Waiver of Indictment was executed and filed into the record.
A not guilty plea was entered.
**REARRAIGNMENT:**
The defendant is questioned by the Court.
The defendant is present to enter a plea of guilty.
The defendant is read a summary of the charges and is informed
of the maximum penalties.
The defendant enters a guilty plea pursuant to Rule 11(c)(1)(B).
The terms of a plea agreement are disclosed to the Court and a
letter of same is filed into the record.
The signed factual basis is filed into the record.
The defendant is adjudged guilty on the plea.
The Court orders a Pre-Sentence Investigation Report.
Sentencing is set for THURSDAY, DECEMBER 8, 2022 – Government
orally moved to reset, and sentencing reset for THURSDAY, MARCH
16, 2023, AT 2:00PM.
It is ordered that the Government file its Motion for
Preliminary Order of Forfeiture on or before Monday, August 22,
2022, by 5:00pm.
The defendant is released on present bond.

JS10:    :31