AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   20-65 L |
| ROBERT B. CALLOWAY | ) ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8-2-22

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

John    Kinchen
_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

Hon. Eldon E. Fallon, U.S. District Court Judge
_Judge's printed name and title_